**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| CHARLES ALEXANDER CHESTER, | : | |
| Petitioner | : | |
| VS. | : | |
| STATE OF GEORGIA, | : | NO. 5:11-CV-36 (MTT) |
| Respondent | : | |
| | : | **O R D E R** |

Petitioner **CHARLES ALEXANDER CHESTER**, an inmate at the McEver Probation Detention Center, has filed a "Motion to Modify Sentence" designated for the "Superior Court of Macon County." Petitioner appears to be challenging the computation of his time served in a county jail.

It appears to the undersigned that petitioner has mistakenly filed his "Motion to Modify Sentence" in this Court. The caption of petitioner's motion indicates that he intended to file it in the Georgia Court system.

Accordingly, petitioner's motion is **DISMISSED WITHOUT PREJUDICE**. For petitioner's information, the address of the Superior Court of Macon County is 121 S. Sumter St., Oglethorpe, Georgia 31068-9102.

**SO ORDERED**, this 4th day of February, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr